SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES



# Court of Appeals
# First District
## 301 Fannin Street
## Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx

June 05, 2015

Vaughn Monroe
# 09931-018
P.O. Box 879
Federal Medical Center - Devens
Ayer, MA 01432

**RE:**   **Court of Appeals Number:** 01-14-00943-CR
          **Trial Court Case Number:** 1445412

**Style:** Vaughn Monroe v. The State of Texas

This is to acknowledge your communication received May 14, 2015, with reference to your direct appeal. Please be advised that the current status of your appeal is:

1. Was dismissed.

2. Enclosed is a copy of the Opinion in your appeal.

3. Our records indicate that the mandate issued on May 8, 2015.

Very truly yours,

Christopher A. Prine
Clerk of the Court

Opinion issued February 24, 2015



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00943-CR

———————————

**VAUGHN MONROE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 232nd District Court
Harris County, Texas
Trial Court Case No. 1445412

## MEMORANDUM OPINION

Appellant, Vaughn Monroe, was previously convicted of the offense of

aggravated sexual assault of a child, which carries with it a requirement to register



# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00943-CR

VAUGHN MONROE, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 232nd District Court of Harris County. (Tr. Ct. No. 1445412).

**TO THE 232ND DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 24th day of February, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> The cause heard today by the court is an appeal from the judgment signed by the court below on October 21, 2014. After inspecting the record of the court below, it is the opinion of this Court that it has no jurisdiction over the appeal. It is therefore **CONSIDERED, ADJUDGED, and ORDERED** that the appeal be dismissed.

> The Court **orders** that this decision be certified below for observance.

> Judgment rendered February 24, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Huddle.



Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
JUN 30 2015
CHRISTOPHER A. PRINE
CLERK

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



U S POSTAGE >> PITNEY BOWES

ZIP 77002
02 1W
000 1372104 JUN 05 20
$ 000.48

CASE NO. 01-14-00943-CR

VAUGHN MONROE
# 09931-018
P.O. BOX 970
FEDI AYE

NIXIE        815    7E 1009        7206/16/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77002206699        *0933-03384-05-47